IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. PARMAN, | 1:07-CV-01512 LJO DLB (PC) |
| Plaintiff, | |
| vs. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| ALICIA GONZAGA, et al., | (DOCUMENT #2) |
| Defendants. | |

Plaintiff is a federal prisoner proceeding pro se.  Plaintiff seeks relief pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971) and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the showing required by § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1]  Plaintiff has been without funds for six months and is currently without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C.

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00.  <u>See</u> 28 U.S.C. § 1914(a).

1

1 § 1915(b)(1).  Plaintiff is obligated to make monthly payments of 20 percent of the preceding
2 month's income credited to plaintiff's prison trust account.  These payments shall be collected and
3 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
4 account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

5       In accordance with the above, IT IS HEREBY ORDERED that:

6            1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

7            2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  The
8 fee shall be collected and paid in accordance with this court's order to the Atwater Correctional
9 Institution filed concurrently herewith.

11       IT IS SO ORDERED.

12       **Dated:**   **November 5, 2007**              **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE